**David Kent HOUSE,
Petitioner/Respondent,**

v.

**Joan Marie House BOHN,
Respondent/Appellant.**

**No. ED 75207.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 9, 1999.

Malcolm H. Montgomery, Cape Girardeau, for appellant.

Michael L. Jackson, Jackson, for respondent.

Before RHODES RUSSELL, C.J., CLIFFORD H. AHRENS, J., and SHERRI B. SULLIVAN, J.

### *ORDER*

PER CURIAM.

Mother appeals the trial court's judgment denying her motion to modify the dissolution decree, in which she had sought permission to relocate her children to Oregon. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

Before: ROBERT G. DOWD, Jr., P.J., MARY K. HOFF, J., and RICHARD B. TEITELMAN, J.